**FILED**

SEP 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TISHA HILARIO, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>        Defendant - Appellant. | No. 23-15264<br><br>D.C. No. 3:20-cv-05459-WHO<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The order filed on September 12, 2023 was issued in error and is vacated.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT